UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SYLVESTER O. IHEANACHO, doing business as KTC TRANSPORTATION COMPANY; and KTC TRANSPORTATION COMPANY, INC., | Case No. 15-CV-3014 (ADM/SER) |
| Plaintiffs, | **ORDER** |
| v. | |
| DARRON C. KNUTSON, doing business as DARRON C. KNUTSON ATTORNEY AT LAW, | |
| Defendant. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. This action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 28, 2015

s/Ann D. Montgomery
Ann D. Montgomery
U.S. District Judge